UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STUDENT AID FUNDS,<br><br>          Plaintiff,<br>   v.<br><br>BETSY DeVOS, in her official capacity as<br>Secretary of the Department of Education,[1]<br><br>          and<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br><br>          Defendants. | Case No. 1:15-cv-1137-APM |

**JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties hereby move for a second two-week extension of time to file the Joint Status Report ordered by the Court. Defendants submit that this motion is supported by good cause as follows:

1.     On February 23, 2017, the Court ordered that, within seven days, the parties file a Joint Status Report that proposes a summary judgment briefing schedule. ECF No. 29 at 9–10. The Court additionally ordered Defendant U.S. Department of Education to include in the Joint Status Report a notification to the Court of "whether, in light of the change in Administrations, it will continue to adhere to the interpretation of the Higher Education Act and its implementing regulations set forth in the Dear Colleague Letter." *Id.* at 10.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary DeVos is automatically substituted as the named defendant for John B. King, Jr., the former Secretary of Education.

2. On February 28, 2017, Defendants filed an unopposed motion for a two-week extension so as to allow the new leadership personnel at the Department of Education adequate time to consider the above-referenced issue identified by the Court. On February 28, 2017, the Court granted the motion and extended the deadline for the Joint Status Report to this day, March 16, 2017.

3. The Department of Education has decided to withdraw DCL GEN-15-14 and plans to do so formally within the next few days.

4. The parties request an opportunity to consider the circumstances of this action in light of this decision. Assuming that the Department of Education issues its withdrawal within the next few days, the parties believe that the additional two-week extension of the deadline for the Joint Status Report will be sufficient for such consideration.

5. With the requested additional two weeks, the deadline for the Joint Status Report will be March 30, 2017. The parties will file such a report with recommendations for further proceedings in this matter, if any, on or before that date.

Accordingly, the parties respectfully request that the Court grant their motion and extend the deadline for the Joint Status Report to March 30, 2017. A proposed order is attached.

Dated:  March 16, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

SHEILA LIEBER
Deputy Director

*/s/ Caroline Lewis Wolverton*
CAROLINE LEWIS WOLVERTON (DC 496433)
Senior Trial Counsel
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-0265
Fax: (202) 616-8470
Email: caroline.lewis-wolverton@usdoj.gov

Attorneys for Defendants

MORGAN, LEWIS & BOCKIUS LLP


By:     /s Brad Fagg
Brad Fagg (D.C. Bar No. 433645)
bfagg@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:     +1.202.739.3000
Facsimile:     +1.202.739.3001

Attorneys for Plaintiff