# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STUDENT AID FUNDS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BETSY DeVOS, in her official capacity as Secretary of the Department of Education,[1]<br><br>　　and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendants. | Case No. 1:15-cv-1137-APM |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion for Additional Extension of Time to File Joint Status Report.  Upon consideration of the motion and good cause having been found, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties shall file the Joint Status Report described in ECF No. 29 on or before March 30, 2017.

Date: _____, 2017       _____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary DeVos is automatically substituted as the named defendant for John B. King, Jr., the former Secretary of Education.