UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STUDENT AID FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> BETSY DeVOS, in her official capacity as Secretary of the Department of Education,[1] <br><br> and <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 1:15-cv-1137-APM |

**STIPULATION OF DISMISSAL**

In light of the Department of Education's recent rescission of Dear Colleague Letter GEN 15-14 (July 10, 2015) and its interpretation of the Higher Education Act and its implementing regulations, as stated in Dear Colleague Letter GEN 17-02 (March 16, 2017), the parties hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) to dismissal, without prejudice, with each side to bear its own legal costs, attorney fees, and expenses.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary DeVos is automatically substituted as the named defendant for John B. King, Jr., the former Secretary of Education.

Dated: March 21, 2017

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        SHEILA LIEBER
        Deputy Director

        */s/ Caroline Lewis Wolverton*
        CAROLINE LEWIS WOLVERTON (DC 496433)
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Tel.: (202) 514-0265
        Fax: (202) 616-8470
        Email: caroline.lewis-wolverton@usdoj.gov

        Attorneys for Defendants

        MORGAN, LEWIS & BOCKIUS LLP


        By:    /s Brad Fagg
        Brad Fagg (D.C. Bar No. 433645)
        bfagg@morganlewis.com

        1111 Pennsylvania Avenue, NW
        Washington, DC  20004
        Telephone:    +1.202.739.3000
        Facsimile:    +1.202.739.3001

        Attorneys for Plaintiff

## CERTIFICATE OF FILING

  I hereby certify that on this 21st day of March, 2017, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/_Brad Fagg_____